UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| A. DENNIS MCCLURE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | CASE NO: 14-1301-STA-dkv |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Reversing The Decision of the Commissioner and Remanding Pursuant To Sentence Four of 42 U.S.C. § 405 (G) entered on December 1, 2017, the decision of the Commissioner is REVERSED, and the action is REMANDED pursuant to sentence four of 42 U.S.C. § 405 (g) for a reassessment of Plaintiff's postural limitations and additional testimony and fact-finding as to the onset date of his disabling mental limitations.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 12/1/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk